UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

RODNEY ROWSEY,

    **Plaintiff,**

vs.                                                                Case No. 16-CV-1469

**CITY OF MILWAUKEE, JASON MUCHA,
MICHAEL VAGNINI, JACOB KNIGHT,
PAUL MARTINEZ, JEFFREY KRUEGER,
LOUIS KOPESKY, JEFFREY CLINE,
BRIAN BURCH, DANIEL KNITTER,
and JOSEPH SZCYUBIALKA,**

    **Defendants.**

---

## ORDER TO DISMISS CERTAIN MILWAUKEE POLICE OFFICERS NAMED AS DEFENDANTS

---

On May 1, 2018, the parties filed a joint stipulation of dismissal of certain parties. Namely, the parties seek dismissal of the following defendants:

**Jacob Knight, Jeffrey Krueger, and Louis Kopesky**

**IT IS ORDERED** that all claims against defendants Jacob Knight, Jeffrey Krueger, and Louis Kopesky be and the same are hereby dismissed with prejudice and without costs to any party.

Dated this 1st day of May, 2018.

                                                                  *s/Nancy Joseph*
                                                                  NANCY JOSEPH
                                                                    United States Magistrate Judge