UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RODNEY ROWSEY,

    Plaintiff,

Case No. 2:16-cv-01469-NJ

vs.

CITY OF MILWAUKEE, JASON MUCHA, MICHAEL VAGNINI, JACOB KNIGHT, PAUL MARTINEZ, JEFFREY KRUEGER, LOUIS KOPESKY, JEFFREY CLINE, BRIAN BURCH, DANIEL KNITTER, and JOSEPH SZCYUBIALKA,

    Defendants.
_____

NOTICE OF MOTION AND MOTION REQUESTING WRIT OF HABEAS CORPUS
_____

PLEASE TAKE NOTICE Sperling Law Offices LLC, by Attorney Michael C. Demo, the attorneys for Plaintiff, Rodney Rowsey in this matter, moves the Court for an issuance of a Writ of Habeas Corpus so that Plaintiff, Rodney Rowsey, will be transferred from the United States Penitentiary at Leavenworth, where he is an inmate, which is located at 1300 Metropolitan Ave, Leavenworth, KS 66048, to attend/testify at trial in this matter on October 15, 2018 starting at 9:00 a.m. at the U.S. Courthouse, 517 East Wisconsin Avenue, Milwaukee, Wisconsin 53202, and anticipated to continue through October 17, 2018.

Dated this 19th day of September, 2018.

                                                      SPERLING LAW OFFICES LLC
                                                      Attorneys for Plaintiff

                                                      *Electronically signed by Michael C. Demo*
                                                      Michael C. Demo
                                                      State Bar ID #1059096
                                                      MDemo@MilwaukeeLawFirm.com

P.O. Address:
100 E. Wisconsin Avenue, Suite 1020
Milwaukee, WI 53202
Tel: (414) 273-7100
Fax: (414) 276-9022