# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**RODNEY ROWSEY,**

      **Plaintiff,**

v.                                                                            Case No. 16-CV-1469

**CITY OF MILWAUKEE, et al.,**

      **Defendants.**

---

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

---

TO:    **United States Penitentiary Leavenworth**
         **Attn: Warden Nicole English**
         **1300 Metropolitan**
         **Leavenworth, KS 66048**

WE COMMAND YOU, Warden Nicole English, to have the body of: **Rodney Rowsey, Register Number 13706-089**, now detained at United States Penitentiary at Leavenworth, and in your custody, under safe and secure conduct to U.S. Courthouse, 517 East Wisconsin Avenue, Milwaukee, Wisconsin for a jury trial **commencing at 9:00 a.m. on October 15, 2018**, and at 8:30 a.m. on each day thereafter until the trial of this matter is complete.

WE FURTHER COMMAND YOU to return the prisoner to United States Penitentiary Leavenworth at the conclusion of the jury trial in this matter.

Dated at Milwaukee, Wisconsin this 20th day of September, 2018.

                                                         BY THE COURT:

                                                         _s/ *Nancy Joseph*_____
                                                         NANCY JOSEPH
                                                         United States Magistrate Judge