Michael S. Sperling
Ricardo F. Estrada
Bradley E. Grell
Kathryn P. Heyer
Michael C. Demo*
Marcella S. Spoto
Patrick D. Bomhack
Michael Ryan*
*Also Licensed in Illinois

**SPERLING LAW OFFICES LLC**

Suite 1020
100 East Wisconsin Avenue
Milwaukee, Wisconsin 53202
Telephone (414) 273-7100
Facsimile (414) 276-9022

Paralegals
Kris Ristow
Yvonne Wittlieff
Cara Levinson
Allison Bout

Legal Assistants
Max Beckert
Anne Schmidt
Stacy Block
Lindsay Beckert

Law Clerks
Aaron Weiland

October 1, 2018

Honorable Nancy Joseph
U.S. Eastern District of Wisconsin
517 E. Wisconsin Avenue, Rm. 249
Milwaukee, WI 53202

Re: *Rowsey v. City of Milwaukee, et al.*; 2016-CV-1469
     Settlement Agreement

Dear Judge Joseph:

I am pleased to inform you that Mr. Rowsey and the City of Milwaukee have reached an agreement to settle this case. The parties will work on submitting the appropriate paperwork to conclude the matter soon.

I also request that the Court contact the U.S. Marshal's office to cancel the writ to have Mr. Rowsey produced for trial.

Thank you for your time and consideration.

Very truly yours,

Michael C. Demo
*Attorney-at-Law*

CC: Naomi Gehling, Esq.