Michael S. Sperling
Ricardo F. Estrada
Bradley E. Grell
Kathryn P. Heyer
Michael C. Demo*
Marcella S. Spoto
Patrick D. Bomhack
Michael Ryan*
*Also Licensed in Illinois

**SPERLING LAW OFFICES LLC**

Suite 1020
100 East Wisconsin Avenue
Milwaukee, Wisconsin 53202
Telephone (414) 273-7100
Facsimile (414) 276-9022

Paralegals
Kris Ristow
Yvonne Wittlieff
Cara Levinson
Allison Bout

Legal Assistants
Max Beckert
Anne Schmidt
Stacy Block
Lindsay Beckert

Law Clerks
Aaron Weiland

January 28, 2019

Honorable Nancy Joseph
U.S. Eastern District of Wisconsin
517 E. Wisconsin Avenue, Rm. 249
Milwaukee, WI 53202

Re: *Rowsey v. City of Milwaukee, et al.*; 2016-CV-1469
Settlement Agreement

Dear Judge Joseph:

Please note that we are still waiting to finalize the settlement for Mr. Rowsey. Due to a lack of funding of the City of Milwaukee's claims fund, there was a delay in the process of finalizing the claim. Attorney Gehling has informed me that the settlement is likely to be approved soon and that a check will be forwarded to my office in early February. Once we receive the settlement check, the parties will file the dismissal papers with the court.

Thank you for your patience with us.

Very truly yours,

Michael C. Demo
*Attorney-at-Law*

CC: Naomi Gehling, Esq.